UNITED STATES GOVERNMENT
# MEMORANDUM

RECEIVED

| | |
|---|---|
| DATE: | April 2, 2008 |
| TO: | The Honorable MARK E. FULLER<br>United States District Judge |
| REPLY TO ATTN OF: | Marcus T. Simmons<br>United States Probation Officer<br>Middle District of Alabama |
| SUBJECT: | **Richard, Torrence**<br>**Dkt. No. 1:05CR00193-002-WS (Southern District of Alabama)**<br>**TRANSFER OF JURISDICTION REQUEST** |

2008 APR -2 P 2:09

### Court Summary:

Torrence Richard was sentenced on April 7, 2006, in the Southern District of Alabama by United States District Judge William H. Steele for bank fraud. He was ordered to serve 24 months custody, to be followed by a 5 year term of supervised release. In addition to the standard conditions of supervision, Richard was ordered to pay a $100 assessment fee, to pay $36,066.54 restitution, and to participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the probation office.

### Supervision Summary:

Richard's term of supervised release began on April 10, 2007. Richard tested positive for marijuana from a urine sample collected on February 14, 2008. He is currently enrolled in the color code testing system. The positive urine sample, which was offender's first positive since being on supervision, was reported to the sentencing court with a recommendation to take no punitive action. Richard has a pending drug case in Iberville Parish, Louisiana. The pending case occurred prior to the commencement of his supervised release and is not considered a violation of his supervision. The offender is currently employed full-time at ATS Light Alloy Wheels in Auburn, Alabama. He has a joint and several restitution obligation with his co-defendant (Raymond Earl Nobles, Jr. Docket No. 05-00193-001) and is currently paying $100 a month on his restitution. He has been making his regularly scheduled payments. Richard resides with his wife in Montgomery, Alabama.

### Recommendation:

As Richard has expressed no desire to return to Mobile, Alabama, and has established residence in this district with his wife, it is recommended that jurisdiction of his case be transferred to the Middle District of Alabama. In addition, should revocation procedures and/or punitive sanctions be needed, it is recommended that jurisdiction of his case be acquired to allow for a prompt response to any violation conduct. U.S. District Judge William H. Steele has initiated the transfer of jurisdiction process by signing Part 1 of the attached forms. Should Your Honor concur with the recommendation to accept jurisdiction of this case, please sign in Part 2 of the attached documents.

Respectfully submitted,

/s/ Marcus T. Simmons
Marcus T. Simmons
United States Probation Officer

Richard, Torrence                                                                                         Memorandum
<u>RE: Transfer of Jurisdiction Request</u>

**Reviewed and Approved by:**

<u>/s/ David Ron Thweatt</u>
David Ron Thweatt
Supervisory United States Probation Officer

 

**APPROVED:**

_____
**United States District Judge/Date**

**DISAPPROVED:**

_____
**United States District Judge/Date**

**COMMENTS:**_____

_____

_____

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 05-00193-002 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Torrence O. Richard | Southern District of Alabama | Mobile |
| | NAME OF SENTENCING JUDGE William H. Steele | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/10/2007 — TO 4/9/2012 |

OFFENSE

Bank Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/6/08
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA (Montgomery)

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge